

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00543-CV

Nori Elsa Alvarez-**BAKER**,
Appellant

v.

**ORANGEPANDA, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-08249
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to pay the trial court clerk and the court reporter for preparation of the record on appeal is **GRANTED**. We **ORDER** appellant Nori Elsa Alvarez-Baker to provide proof to this court, by September 10, 2018, that she has paid the clerk's fee and the reporter's fee. We further **ORDER** the trial court clerk, Donna Kay McKinney, and the court reporter, Luis Duran, to file their respective parts of the record on appeal by October 1, 2018. Appellant is notified that her failure to comply with this order and to pay the clerk's fee may result in a dismissal of her appeal without further notice. Appellant is further notified that her failure to comply with this order and pay the reporter's fee may result in this court considering only those issues in the appellant's brief that do not require the reporter's record for consideration.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court